## GROOMS v. N.C. DEP'T OF STATE TREASURER

[354 N.C. 562 (2001)]

ALFRED R. GROOMS, Petitioner v. STATE OF N.C. DEPARTMENT OF STATE
TREASURER, RETIREMENT SYSTEMS DIVISION, Respondent

No. 401A01

(Filed 18 December 2001)

**Pensions and Retirement— local government employee—death
after retirement—survivor's alternate benefit**

A decision of the Court of Appeals that the beneficiary of a
county employee who died within 180 days of retirement was
entitled to select the survivor's alternate benefit set forth in
N.C.G.S. § 128-27(m) is reversed for the reason stated in the dis-
senting opinion in the Court of Appeals that the legislature did
not intend for the alternate benefit provided by the statute to
apply to the beneficiary of a government employee whose death
occurred after his retirement.

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a
divided panel of the Court of Appeals, 144 N.C. App. 160, 550 S.E.2d
204 (2001), reversing and remanding an order entered 23 February
2000 by Bullock, J., in Superior Court, Wake County. Heard in the
Supreme Court 15 November 2001.

*Kilpatrick Stockton LLP, by James B. Trachtman, for
petitioner-appellee.*

*Roy Cooper, Attorney General, by Robert M. Curran, Assistant
Attorney General, for respondent-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion by Judge
Timmons-Goodson, we reverse the decision of the Court of
Appeals.

REVERSED.